PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Chief Counsel, Region IX
Social Security Administration
PATRICK SNYDER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4858
    Facsimile: (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ANDREA MACIAS,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:21-cv-01136-JDP<br><br>STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT<br><br>ECF No. 13 |

    The parties, through counsel, HEREBY STIPULATE, subject to the approval of the Court, that the above entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    Upon remand, the Administrative Law Judge will be instructed to reevaluate the medical evidence of record, reevaluate Plaintiff's maximum residual functional capacity pursuant to the relevant regulations, and take further action as appropriate to issue a new decision.

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated:  February 16, 2022 | PHILLIP A. TALBERT |
| 3 | | United States Attorney |
|   | | PETER THOMPSON |
| 4 | | Acting Regional Chief Counsel, Region IX |
| 5 | | Social Security Administration |

By       /s/  *Patrick Snyder*
         PATRICK SNYDER
         Special Assistant U.S. Attorney

Attorneys for Defendant

Dated:  February 16, 2022        LOTT LAW OFFICES

By       /s/  *Shellie Lott*\*
         (*as authorized via e-mail on Feb. XX, 2022)
         SHELLIE LOTT
         Attorney for Plaintiff

**ORDER**

Based on the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for good cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court shall enter a final judgment in favor of plaintiff, and against defendant, vacating and reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:   February 17, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE